AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  GIBBONS, JULIA S. | 2. Court or Organization  US COURT OF APPEALS SIXTH CIRCUIT | 3. Date of Report  07/06/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

| 7. Chambers or Office Address  970 FEDERAL BUILDING  167 N MAIN STREET  MEMPHIS, TN 38103 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 07/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | SHELBY COUNTY, TN: RETIREMENT |
| 2. 2017 | STATE OF TN: UNIVERSITY OF MEMPHIS - JANUARY THROUGH DECEMBER 2017 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | DEPARTMENT OF JUSTICE | 07/10/17-07/14/17 | COLUMBIA, SC | PRESENTING AT ADVOCACY SEMINAR | FOOD, LODGING AND TRANSPORTATION |
| 2. | WASHINGTON UNIVERSITY | 08/21/17-08/23-17 | ST. LOUIS, MO | ORIENTATION REMARKS FOR NEW LAW STUDENTS | FOOD, LODGING AND TRANSPORTATION |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 07/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. BANK | CREDIT CARD | K |
| 2. | AMERICAN EXPRESS | CREDIT CARD | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST-MEMPHIS, TN | A | Interest | K | T | | | | | |
| 2. FEDERAL BLDG. FEDERAL CREDIT UNION ACCOUNT | A | Interest | K | T | | | | | |
| 3. STATE OF TN 401(K) | | | | | | | | | |
| 4. -FIDELITY PURITAN FUND | A | Dividend | K | T | Buy (add'l) | 12/22/17 | J | | |
| 5. -NATIONWIDE BANK | | None | J | T | | | | | |
| 6. IRA ROLLOVER RETIREMENT PLAN | | | | | | | | | |
| 7. -AMERICAN FUNDS:INVESTMENT FUND OF AMERICA | B | Dividend | K | T | | | | | |
| 8. -FRANKLIN FDS: MUTUAL GLOBAL DISCOVERY | A | Dividend | J | T | | | | | |
| 9. -IVY FDS: ASSET STRATEGY FUND | A | Dividend | J | T | | | | | |
| 10. -VOYA EMERGING MARKET FUND CL A | A | Dividend | J | T | | | | | |
| 11. -PIMCO TOTAL RETURN CLASS A | A | Dividend | J | T | | | | | |
| 12. -GOLDMAN SACHS GLOBAL CD | | None | | | Redeemed | 12/08/17 | J | B | |
| 13. -PACIFIC LIFE OPTIMIZATION MODERATE AGGRESSIVE CL A | A | Dividend | K | T | | | | | |
| 14. -ALTRIA GROUP | A | Dividend | J | T | | | | | |
| 15. -AIG FOCUSED DIVIDEND STRATEGY | B | Dividend | K | T | | | | | |
| 16. -ARGOS THERAPEUTICS INC | | None | | | Sold | 11/27/17 | J | A | |
| 17. -ARBUTUS PHARMACEUTICALS CORP | | None | | | Sold | 12/08/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -GLU MOBILE INC | | None | J | T | | | | | |
| 19. -MARATHON OIL CORP | A | Dividend | K | T | | | | | |
| 20. -EATON VANCE HIGH INCOME 2021 TARGET | A | Dividend | J | T | | | | | |
| 21. -NUVEEN HIGH INCOME NOVEMBER 2021 TARGET | A | Dividend | J | T | | | | | |
| 22. -STIFEL BANK | A | Interest | J | T | | | | | |
| 23. -APPLE, INC. | A | Dividend | K | T | Buy | 06/16/17 | J | | |
| 24. -APPLIED MATERIALS | | None | J | T | Buy | 12/14/17 | J | | |
| 25. -BEST, INC. | | None | J | T | Buy | 11/16/17 | J | | |
| 26. -THERAPEUTICSMD | | None | | | Buy | 07/18/17 | J | | |
| 27. | | | | | Sold | 07/25/17 | J | A | |
| 28. -VOYAGER THERAPEUTICS | | None | | | Buy | 09/29/17 | J | | |
| 29. | | | | | Sold | 10/12/17 | J | B | |
| 30. AXA EQUITABLE LIFE INS CO: UNIVERSAL LIFE | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S. | 07/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SCHEDULE VII, LINE 15
NAME CHANGED FROM SUNAMERICA FOCUSED DIVIDEND STRATEGY TO AIG FOCUSED DIVIDEND STRATEGY

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JULIA S. GIBBONS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544